UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBERT JOHN CRONEBERGER, | ) | NO. CV-11-185-JPH |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY WRIT OF HABEAS CORPUS** |
| vs. | ) | |
| JEFFERY A. UTTECHT, | ) | |
| Respondent. | ) | |

Before the Court is the Report and Recommendation, ECF No. 32, to deny the amended Petition for a Writ of Habeas Corpus, ECF No. 9.

On May 21, 2012, Petitioner Robert John Croneberger timely filed objections raising the same issues that were raised in his amended petition. ECF No. 33. Petitioner simply disagrees with Magistrate Judge Hutton's legal analysis.

After reviewing the Report and Recommendation and the objections, the Court finds the Magistrate Judge's findings are correct. Petitions under 28 U.S.C. § 2254 are not directed at violations of state law but are instead focused solely on the issue of whether a petitioner is being held "in custody in violation of the Constitution or laws or treaties of the United States." *Id.* § 2254(a).

Accordingly, **IT IS HEREBY ORDERED:**

1.   The Report and Recommendation, **ECF No. 32,** to deny the Petition for a Writ of Habeas Corpus, ECF No. 1, is **ADOPTED in its entirety**.

-1-

2. The Petition, **ECF No. 1**, is **DENIED.**

3. **Judgment** is to be entered in Respondent's favor.

3. The Court further certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

4. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

**DATED** this ___24th___ day of May 2012.

                    S/ Edward F. Shea
                    EDWARD F. SHEA
                United States District Judge

Q:\Civil\2011\0185.RR.adopt.lc1.wpd