# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ROBERT JOHN CRONEBERGER,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

JEFFERY A. UTTECHT,

CASE NUMBER: CV-11-185-JPH

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation to deny the Petition for Writ of Habeas Corpus is adopted in its entirety, and the Petition is denied.

| | |
|---|---|
| 5/24/12 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |